# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LATANJI D. HUNTT, | Case No. 2:21-cv-00375-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| KILOLO KIJAKAZI, | |
| Defendant(s). | |

Kilolo Kijakazi is now Acting Commissioner of Social Security. *See* Docket No. 16 at 1 n.1. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Kilolo Kijakazi in place of Andrew Saul.

IT IS SO ORDERED.

Dated: August 20, 2021

Nancy J. Koppe
United States Magistrate Judge