# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LATANJI HUNTT,<br><br>         Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>         Defendant. | Case No. 2:21-cv-00375-NJK<br><br>**ORDER**<br><br>[Docket No. 21] |

Pending before the Court is the Commissioner's motion for an extension of time to provide the Court with a paper copy of the Certified Administrative Record. Docket No. 21. The Court GRANTS the Commissioner's motion and **ORDERS** the Commissioner to provide a paper copy of the Certified Administrative Record to the Court no later than October 26, 2021. The deadline for the Commissioner to file an answer accompanied by the electronic Certified Administrative Record remains August 27, 2021. Given the importance of the paper copy of the Certified Administrative Record to the just and speedy adjudication of the matter before the Court, **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

Dated: August 27, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1