1  Cyrus Safa
   Attorney at Law: 13241
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Leonard Stone
6  Attorney at Law:
   710 South 4th Street
7  Las Vegas, NV 89101
   Tel.: (702) 385-2220
8  Fax: (702) 384-0394
   E-mail: CBrown@shookandstone.com
9
   Attorneys for Plaintiff Latanji D. Huntt
10

11

12                **UNITED STATES DISTRICT Court**

13                     **DISTRICT OF NEVADA**

14

15  LATANJI D. HUNTT,                     ) Case No.: 2:21-cv-00375-NJK
                                          )
16                                        ) STIPULATION TO EXTEND TIME
              Plaintiff,                  ) OF TIME TO FILE MOTION FOR
17                                        ) REMAND/REVERSAL
         vs.                              )
18                                        ) (FIRST REQUEST)
    KILOLO KIJAKAZI,                      )
19  Acting Commissioner of Social         )
    Security,                             )
20                                        )
              Defendant.                  )
21  _____ )

22
        Plaintiff Latanji D. Huntt and Defendant Kilolo Kijakazi, Acting
23
    Commissioner of Social Security, through their undersigned attorneys, stipulate,
24
    subject to this court's approval, to extend the time from October 8, 2021 to
25
    November 15, 2021, for Plaintiff to send his Motion for Remand/Reversal with all
26

-1-

other dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel Safa requests the extension due to the need to take time off work due to a family health emergency.  Counsel apologizes for any inconvenience this delayed request caused the court, its staff, and the parties involved.

DATE: October 27, 2021          Respectfully submitted,

                                      LAW OFFICES OF LAWRENCE D. ROHLFING

                                  /s/ / *Cyrus Safa*

BY: _____
     Cyrus Safa
     Attorney for plaintiff Latanji D. Huntt

DATE: October 27, 2021          CHRISTOPHER CHIOU
                                      Acting United States Attorney

                                    /s/ Allison J. Cheung

BY: _____

     Allison J. Cheung
     Special Assistant United States Attorney
     Attorneys for defendant Nancy A. Berryhill
     Acting Commissioner of Social Security
     |*authorized by e-mail|

DATED: October 28, 2021

IT IS SO ORDERED:

                               UNITED STATES MAGISTRATE JUDGE
                               NANCY J. KOPPE